# United States Bankruptcy Court
## Southern District of Mississippi

In re    **Aaron Wesley Heil**
**Aubrie Clara Heil**

Debtor(s)

Case No.   **25-00686**

Chapter   **7**

# VERIFICATION OF CREDITOR MATRIX - AMENDED

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:   **April 22, 2025**

**/s/ Aaron Wesley Heil**
**Aaron Wesley Heil**
Signature of Debtor

Date:   **April 22, 2025**

**/s/ Aubrie Clara Heil**
**Aubrie Clara Heil**
Signature of Debtor

```
AARON WESLEY HEIL            NETWORK SERVICES, INC      WELLS FARGO BANK
AUBRIE CLARA HEIL           ATTN: BANKRUPTCY           ATTN: BANKRUPTCY
602 10TH AVE                PO BOX 1725                1 HOME CAMPUS MAC
MAGEE, MS 39111             HATTIESBURG, MS 39403      DES MOINES, IA 50328


THOMAS C. ROLLINS, JR.      PLANET HOME LENDING
THE ROLLINS LAW FIRM, PLLC  321 RESEARCH PARKWAY
P.O. BOX 13767              SUITE 303
JACKSON, MS 39236           MERIDEN, CT 06450


ACCOUNT RESOLUTION          PORTFOLIO RECOVERY
ATTN: BANKRUPTCY            ATTN: BANKRUPTCY
700 GODDARD AVE             120 CORPORATE BLVD
CHESTERFIELD, MO 63005      NORFOLK, VA 23502


AFFIRM, INC.                PRINCE PARKER & ASSOC
ATTN: BANKRUPTCY            ATTN: BANKRUPTCY
650 CALIFORNIA ST           PO BOX 474690
SAN FRANCISCO, CA 94108     CHARLOTTE, NC 28247


CAPITAL ONE                 RESURGENT CAPITAL
ATTN: BANKRUPTCY            ATTN: BANKRUPTCY
PO BOX 30285                PO BOX 10497
SALT LAKE CITY, UT 84130    GREENVILLE, SC 29602


DISCOVER FINANCIAL          SIMPSON GENERAL HOSPIT
ATTN: BANKRUPTCY            PO BOC 457
PO BOX 3025                 MENDENHALL, MS 39114-0457
NEW ALBANY, OH 43054


JPMCB                       SOUTHERN FINANCIAL***
MAILCODE LA4-7100           P.O. BOX 15203
700 KANSAS LANE             HATTIESBURG, MS 39404
MONROE, LA 71203


MAGEE GENERAK HOPSITAL      SYNCHRONY BANK
300 3RD AVE SE              ATTN: BANKRUPTCY
MAGEE, MS 39111             PO BOX 965060
                            ORLANDO, FL 32896


MISSION LANE LLC            WELLS FARGO
ATTN: BANKRUPTCY            ATTN: BANKRUPTCY
P.O. BOX 105286             1100 CORPORATE CENTER
ATLANTA, GA 30348           RALEIGH, NC 27607
```