MSSB-7007.1-Bk (11/23)

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### JACKSON-3 DIVISION

IN RE: AARON WESLEY HEIL AND AUBRIE CLARA HEIL, DEBTORS

CHAPTER 7 PROCEEDING

CASE NO. 25-00686-KMS

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Federal Rules Bankruptcy Procedure and Mississippi Bankruptcy Local Rules, **Wells Fargo Bank, N.A. d/b/a Wells Fargo Auto**, a
[Name of Corporate Party]

**[Check One]**

☒ Party to a contested matter **Miss. Bankr. L.R. 9014-1(c)**

☐ Corporate Debtor **FRBP 1007(a)(1)**

☐ Corporate Petitioner of an involuntary petition **FRBP 1010(b)**

☐ Alleged Corporate Debtor **FRBP 1011(f)**

Make the following disclosure(s):

☒ The following entities owning, directly or indirectly, 10% or more of any class of the corporation's (s') equity interests, are listed below:

Wells Fargo Bank, N.A. is owned 100% by WFC Holdings, LLC. WFC Holdings, LLC is owned 100% by Wells Fargo & Company, which is a publicly traded company.

**OR**

☐ There are no entities owning, directly or indirectly, 10% or more of any class of the corporation's equity interest.

Date: May 27, 2025

Respectfully Submitted,
LOGS LEGAL GROUP LLP

/s/ Eric C. Miller

**William Savage #105785**
**Eric Miller #102327**
**Attorney for Creditor**

**Pursuant to Miss. Bankr. L.R. 7007.1-1 the requirements for filing a Corporate Ownership Statement, under Fed. R. Bankr. P. 7007.1 shall also apply to general partnerships, limited partnerships, joint ventures, and limited liability companies.**