# Proceeding Minutes / Proceeding Memo

**Case #:** 25-00686  **Case Name:** Aaron Wesley Heil and Aubrie Clara Heil

**Set:** 06/20/2025 09:30 am  **Chapter:** 7  **Type:** bk  **Judge:** Katharine M. Samson

**matter:** Motion for Relief from Stay as to 2016 FORD EXPEDITION, VIN FMJU1HT2GEF50208. ., in addition to Motion to Compel Abandonment . Filed by Creditor Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto  (Dkt. #21)

Minute Entry Re: (related document(s): [21] Motion for Relief From Stay filed by Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto) A no response order has been submitted by Miller. Tickle for date: 06/27/2025. Hearing removed. (mcc)