

**SO ORDERED,**

*/s/ Katharine M. Samson*

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: June 20, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## JACKSON-3 DIVISION

| | |
|---|---|
| IN RE: AARON WESLEY HEIL AND AUBRIE CLARA HEIL, DEBTORS | CHAPTER 7 PROCEEDING |
| | CASE NO. 25-00686-KMS |

### ORDER GRANTING RELIEF FROM AUTOMATIC STAY
### DOCKET NO. 21

THIS CAUSE came on for consideration on the motion to lift automatic stay filed by Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto, and the Court finds that the Debtor, Aaron Wesley Heil and Aubrie Clara Heil, have failed to respond to plaintiff's Motion.

IT IS ORDERED AND ADJUDGED that the Automatic Stay provided for in 11 U.S.C. 362 be modified to allow Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto to pursue all remedies available to it under the applicable state law against Debtors' property described as follows:

2016 FORD EXPEDITION, VIN #1FMJU1HT2GEF50208

Entry of this order shall constitute the entry of a final judgment pursuant to Bankruptcy Rule 9021 and Rule 58 of the Federal Rules of Civil Procedure and shall be applicable to any subsequent Debtors conversion of this case to any other Chapter under the Bankruptcy Code.

IT IS FURTHER ORDERED AND ADJUDGED that the Trustee shall abandon the hereinabove described property from the estate pursuant to 11 U.S.C. §554(b).

## ##END OF ORDER##

Presented by:
William Savage #105785
Eric Miller #102327
LOGS LEGAL GROUP LLP
579 Lakeland East Drive, Suite D
Flowood, MS 39232
Telephone No. (601) 981-9299
Facsimile No. (601) 981-9288
E-mail: logsecf@logs.com
BK Case No. 25-00686-KMS