United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 25-00686-KMS
Aaron Wesley Heil  Chapter 7
Aubrie Clara Heil
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-3      User: mssbad      Page 1 of 2
Date Rcvd: Jun 24, 2025      Form ID: 318      Total Noticed: 21

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Aaron Wesley Heil, Aubrie Clara Heil, 602 10th Ave, Magee, MS 39111-3839 |
| 5510014 | #+ | Eric C Miller, Esq., LOGS Legal Group, LLP, For Wells Fargo Auto, 579 Lakeland East Drive, Suite D, Flowood, MS 39232-9037 |
| 5485907 | + | Magee Generak Hopsital, 300 3rd Ave SE, Magee, MS 39111-3698 |
| 5485909 | + | Network Services, Inc, Attn: Bankruptcy, Po Box 1725, Hattiesburg, MS 39403-1725 |
| 5485914 | | Simpson General Hospit, PO Boc 457, Mendenhall, MS 39114-0457 |
| 5502858 | + | Southern Financial, P.O. Box 15203, Hattiesburg, MS 39404-5203 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QDAHENDERSON.COM | Jun 24 2025 23:33:00 | Derek A Henderson T1, 1765-A Lelia Drive, Suite 103, Jackson, MS 39216-4820 |
| cr | + | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Jun 24 2025 19:35:29 | Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto, 6061 N State Hwy 161, MAC T9017-015, Irving, TX 75038-2259 |
| 5485902 | + | Email/Text: jhill@arc1.biz | Jun 24 2025 19:29:00 | Account Resolution, Attn: Bankruptcy, 700 Goddard Ave, Chesterfield, MO 63005-1100 |
| 5485903 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jun 24 2025 19:35:29 | Affirm, Inc., Attn: Bankruptcy, 650 California St, San Francisco, CA 94108-2716 |
| 5485904 | + | EDI: CAPITALONE.COM | Jun 24 2025 23:33:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5485905 | + | EDI: DISCOVER | Jun 24 2025 23:33:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 5485906 | + | EDI: JPMORGANCHASE | Jun 24 2025 23:33:00 | Jpmcb, MailCode LA4-7100, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 5485908 | | Email/Text: ml-ebn@missionlane.com | Jun 24 2025 19:29:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 5485911 | | EDI: PRA.COM | Jun 24 2025 23:33:00 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 5485910 | + | Email/Text: BKMAIL@planethomelending.com | Jun 24 2025 19:29:00 | Planet Home Lending, 321 Research Parkway, Suite 303, Meriden, CT 06450-8342 |
| 5485912 | ^ | MEBN | Jun 24 2025 19:27:41 | Prince Parker & Assoc, Attn: Bankruptcy, Po Box 474690, Charlotte, NC 28247-4690 |
| 5485913 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 24 2025 19:35:34 | Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |

| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 24, 2025 | Form ID: 318 | Total Noticed: 21 |

| 5485915 | + EDI: SYNC | | |
|---|---|---|---|
| | | Jun 24 2025 23:33:00 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5485916 | + Email/PDF: Bankruptcynoticesauto@wellsfargo.com | | |
| | | Jun 24 2025 19:35:29 | Wells Fargo, Attn: Bankruptcy, 1100 Corporate Center, Raleigh, NC 27607-5066 |
| 5485917 | + Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | | |
| | | Jun 24 2025 19:35:29 | Wells Fargo Bank, Attn: Bankruptcy, 1 Home Campus Mac, Des Moines, IA 50328-0001 |

TOTAL: 15

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2025           Signature:           /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2025 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Derek A Henderson T1 | trustee@derekhendersonlaw.com  dhenderson@ecf.axosfs.com;denise@derekhendersonlaw.com |
| Eric C Miller | on behalf of Creditor Wells Fargo Bank  N.A., d/b/a Wells Fargo Auto logsecf@logs.com |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Aubrie Clara Heil trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Aaron Wesley Heil trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 5

| *Information to identify the case:* | | |
|---|---|---|
| Debtor 1 | **Aaron Wesley Heil** | Social Security number or ITIN  **xxx–xx–3485** |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 | **Aubrie Clara Heil** | Social Security number or ITIN  **xxx–xx–5111** |
| (Spouse, if filing) | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court for the **Southern District of Mississippi** | | |
| Case number:  **25–00686–KMS** | | |

# Order of Discharge                                                                                 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

**Aaron Wesley Heil**                          **Aubrie Clara Heil**
                                               fka Aubrie Clara Bynum

Dated: 6/24/25                                 **By the court:** /s/Katharine M. Samson
                                                                United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                    **Order of Discharge**                    page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**